Case 4:17-cv-00842   Document 54   Filed on 07/03/18 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 05, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTONIO COTIY-MONZON and CATARINA CRISTINA ECOQUIJ-XOCOM, Individually, and on behalf of all others similarly situated, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-17-00842 |
| FU CHENG, INC., d/b/a BUFFET KING RESTAURANT, INC., and CHANG CHENG YE, | § § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

Plaintiffs' Unopposed Motion to Dismiss With Prejudice Against Defendants, Fu Cheng, Inc., d/b/a Buffet King, Inc., and Chang Chen Ye, is granted. (Docket Entry No. 53). This case is dismissed with prejudice against defendants, Fu Cheng, Inc., d/b/a Buffet King, Inc., and Chang Chen Ye. Each party will bear its own costs.

SIGNED on July 3, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge